UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION as receiver of AMERICA WEST BANK, L.C., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS M. DURBANO, an individual, and the DURBANO LAW FIRM, P.C., a Utah professional corporation, <br><br> Defendants. | **ORDER GRANTING MOTION TO UNSEAL (DOC. NO. 22)** <br><br> Case No. 1:09-cv-00056-CW-DAO <br><br> Judge Clark Waddoups <br><br> Magistrate Judge Daphne A. Oberg |

Before the court is Plaintiff the Federal Deposit Insurance Corporation, as receiver of America West Bank, L.C.'s motion to unseal the case (Doc. No. 22). The court held a hearing on the motion on August 26, 2021. At the hearing, Defendants Douglas Durbano and the Durbano Law Firm withdrew their opposition to the motion to unseal (Doc. No. 23) and stipulated to the unsealing of the case.

Accordingly, based on the parties' stipulation and for good cause appearing, the court GRANTS the motion and instructs the clerk of the court to unseal the case.

DATED this 30th day of August, 2021.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge